CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 1 2 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| BRENDA L. STUART, | ) |
| Plaintiff, | ) Civil Action No. 5:04CV00031 |
| v. | ) ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) By: Samuel G. Wilson<br>) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered awarding Kevin J. Sullivan, Esq. an attorney fee in the amount of $262.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412. Objections to the report and recommendation have not been filed, and the court is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that Kevin J. Sullivan, Esq. be awarded an attorney fee in the amount of $262.50.

ENTER: This May 12th, 2005.

_____
UNITED STATES DISTRICT JUDGE